# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BRUCE PATYK

vs

CERTEGY PAYMENT RECOVERY
SERVICES, INC., and DOES 1-10
INCLUSIVE

**SUMMONS IN A CIVIL ACTION**

Case No.

**U7 CV   2279   H (CAB)**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

GOMEZ LAW GROUP
8910 University Center Lane, Suite 550
San Diego, CA 92122

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 05 2007

W. Samuel Hamrick, Jr.

CLERK

By _____, Deputy Clerk

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)