1  Natalie P. Vance, Bar No. 206708
   Gregor A. Hensrude, Bar No. 226660
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California  92101
   (619) 239-8131/FAX (619) 238-8707
4  nvance@klinedinstlaw.com
   ghensrude@klinedinstlaw.com
5
   Attorneys for Defendant
6  CERTEGY PAYMENT RECOVERY SERVICES, INC.

7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10 BRUCE PATYK,                        | Case No.     07-CV-2279-H-(CAB)

11          Plaintiff,                 | **JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**

12     v.

13 CERTEGY PAYMENT RECOVERY            | Date
   SERVICES, INC., and DOES 1-10,      | Time:
14 INCLUSIVE,                          | Dept:
                                       | Judge:
15          Defendants.                | Complaint Filed:   12/5/07
                                       | Trial Date:        None set
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA  92101

1    Plaintiff Bruce Patyk and Defendant Certegy Payment Recovery Services, Inc.

2    hereby move as follows:

3    On December 5, 2007, Plaintiff Bruce Patyk filed a complaint against Defendant

4    Certegy Payment Recovery Services, Inc.  Defendant has recently (as of January 17,

5    2008) retained counsel to defend this action and Defendant requires additional time to

6    evaluate and respond to the complaint.  Plaintiff and Defendant therefore jointly move to

7    extend the deadline for Defendant to file a responsive pleading to Monday, January 28,

8    2008.

9

10                                        KLINEDINST PC

11

12

13    DATED: January 18, 2008          By: _____/s/_____
                                            NATALIE P. VANCE
14                                          GREGOR A. HENSRUDE
                                            Attorneys for Defendant
15                                          CERTEGY PAYMENT RECOVERY
                                            SERVICES, INC.

16

17                                        GOMEZ LAW GROUP

18

19

20    DATED: January 18, 2008          By: _____/s/_____
                                            ALVIN M. GOMEZ
21                                          Attorneys for Plaintiff
                                            BRUCE PATYK

22

23    2989-8001 562922v1

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**
07-CV-2279-H-(CAB)