# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK,<br><br>  Plaintiff,<br><br>vs.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10 inclusive,<br><br>  Defendant. | CASE NO. 07-CV-2279-H (CAB)<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

On January 18, 2008, the parties submitted a joint motion for additional time for defendant Certegy Payment Recovery Services, Inc. ("Certegy") to file a responsive pleading. The Court grants the motion. Accordingly, Certegy shall file a responsive pleading on or before **January 28, 2008**.

IT IS SO ORDERED.

Dated:  January 22, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.