Natalie P. Vance, Bar No. 206708
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nvance@klinedinstlaw.com
ghensrude@klinedinstlaw.com

Attorneys for Defendant
CERTEGY PAYMENT RECOVERY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK, | Case No.   07-CV-2279-H-(CAB) |
| Plaintiff, | **OFFER OF JUDGMENT** |
| v. | Date<br>Time: |
| CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10, INCLUSIVE. | Dept:<br>Judge:<br>Complaint Filed:  12/5/07<br>Trial Date:      None set |
| Defendants. | |

Defendant CERTEGY PAYMENT RECOVERY SERVICES, INC. hereby offers to allow entry of judgment pursuant to Federal Rules of the Civil Procedure No. 68 as follows:

///
///
///
///
///
///
///
///
///

1

Judgment in favor of Plaintiff BRUCE PATYK against Defendant CERTEGY PAYMENT RECOVERY SERVICES, INC. in the sum of $2,001.00 (Two Thousand One dollars and no cents) plus reasonable attorneys' fees as determined by the Court. This amount is to be in settlement of this action only with no admission of liability.

KLINEDINST PC

DATED: January 31, 2008

By: _____
NATALIE P. VANCE
GREGOR A. HENSRUDE
Attorneys for Defendant
CERTEGY PAYMENT RECOVERY SERVICES, INC.

2989-1001 563653v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101