Alvin M. Gomez, Esq. (State Bar No.: 137818)
GOMEZ LAW GROUP
8910 University Center Lane, Suite 550
San Diego, California 92122
Telephone: (858) 552-0000
Facsimile: (858) 552-8505
Email: agomez@thegomezlawgroup.com

Attorneys for Plaintiff
Bruce Patyk

# United States District Court

## Southern District of California

| | |
|---|---|
| Bruce Patyk,<br><br>            Plaintiff,<br><br>v.<br><br>Certegy Payment Recovery Services Inc. and Does 1-10 Inclusive,<br><br>            Defendants. | Case No.:  07-CV-2279-H-(CAB)<br><br>Date:<br>Time:<br>Dept.:  13<br>Judge: Marilyn Huff<br><br>**Plaintiff's Notice of Acceptance of Offer of Judgment**<br>**(Fed. R. Civ. P. 68)** |

**To Certegy Payment Recovery Services Inc. and to Its Attorneys of Record: Take Notice** Plaintiff Bruce Patyk accepts the offer of judgment served on it by Certegy Payment Recovery Services Inc. via mailing on January 31, 2008 allowing Bruce Patyk to take judgment against Certegy Payment Recovery Services Inc. for the sum of $2,001.00 (Two Thousand One dollars and no cents) plus reasonable attorneys'

1

fees as determined by the Court, together with costs accrued by Bruce Patyk. This amount is to be in settlement of this action only with no admission of liability.

Dated: February 08, 2008                    GOMEZ LAW GROUP

                                               By: s/Alvin M. Gomez
                                               Alvin M. Gomez
                                               Attorneys for Plaintiff