# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK,<br><br>        Plaintiff,<br>vs.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10 inclusive,<br><br>        Defendant. | CASE NO. 07-CV-2279-H (CAB)<br><br>ORDER REGARDING OFFER AND ACCEPTANCE OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 |

On February 8, 2008, plaintiff Bruce Patyk ("Plaintiff") filed an offer of judgment from defendant Certegy Payment Recovery Services, Inc. along with Plaintiff's acceptance of that offer. The Court has reviewed the filing and determined that the parties have complied with the requirements of Fed. R. Civ. P. Rule 68(a). The Court shall enter judgment accordingly by separate order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       There is a pending motion to dismiss. (Doc. No. 5.) Since the parties have
2 agreed on a judgment, the Court denies the motion as moot.
3       The Court notes that the judgment agreed by the parties specifies the award of
4 "reasonable attorneys' fees as determined by the Court." If the parties are unable to
5 reach an agreement on the amount of the fees, Plaintiff may contact the Court to obtain
6 a hearing date for a motion for attorneys' fees.

8       IT IS SO ORDERED.

10 DATED: February 11, 2008

12 MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

14 COPIES TO:
All parties of record.