# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10 inclusive,<br><br>　　　　　Defendant. | CASE NO. 07-CV-2279-H (CAB)<br><br>JUDGMENT PURSUANT TO FED. R. CIV. P. 68 |

The Court hereby enters judgment in favor of Plaintiff Bruce Patyk against Defendant Certegy Payment Recovery Services, Inc. in the sum of $2,001.00 (two thousand one dollars and no cents) plus reasonable attorneys' fees as determined by the Court. Consistent with the parties' intention, this amount is to be in settlement of this action only with no admission of liability.

IT IS SO ORDERED.

DATED: February 11, 2008

　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.