Alvin M. Gomez, Esq. (State Bar No.: 137818)
GOMEZ LAW GROUP
8910 University Center Lane, Suite 550
San Diego, California 92122
Telephone: (858) 552-0000
Facsimile: (858) 552-8505
Email: agomez@thegomezlawgroup.com

Attorneys for Plaintiff
Bruce Patyk

# United States District Court

# Southern District of California

| | |
|---|---|
| Bruce Patyk,<br><br>        Plaintiff,<br><br>v.<br><br>Certegy Payment Recovery Services Inc. and Does 1-10 Inclusive,<br><br>        Defendants. | Case No.: 07-CV-2279-H-(CAB)<br><br>Date: March 24, 2008<br>Time: 10:30 a.m.<br>Dept.: 13<br>Judge: Marilyn Huff<br><br>**Plaintiff's Notice of Motion and Motion for Attorney's Fees**<br>**(Fed. R. Civ. P. 54(d)(2))** |

**To Certegy Payment Recovery Services Inc. and to Its Attorneys of Record: Take Notice** that on March 24, 2008 at 10:30 a.m. in the above captioned Court Plaintiff Bruce Patyk will seek from the Court an Order awarding Bruce Patyk his reasonable attorney's fees against Defendant Certegy Payment Recovery Services Inc.

1

incurred in connection with this matter and for an Order that the reasonable attorney's fees in this matter are $14,287.50 or whatever sum the Court determines is reasonable.

Attorney's fees in the amount of $14,287.50 are properly awarded in this case because:

1. Judgment was entered in this matter on February 11, 2008 in favor of Plaintiff Bruce Patyk.

2. As more fully explained in the Memorandum of Points and Authorities filed with this Motion, Bruce Patyk is entitled to an award of its reasonable attorney's fees in this matter under the provisions the Rule 68 offer and acceptance entered into between the parties in this matter.

3. The fair and reasonable amount of attorney's fees to be awarded in this matter is $14,287.50.

This amount is based on:

a. The contemporaneous time records of counsel for Bruce Patyk, true and correct copies of which are attached to the Declaration of Alvin Gomez, which is filed with this Motion. The records disclose a total of 38.1 hours devoted to this matter by Alvin Gomez whose normal billing rate is $375.00 per hour.

b. The declaration of Alvin Gomez establishes that the services provided were reasonable and necessary in the bringing of this action.

c. The declaration of Alvin Gomez establishes that the hourly billing rates charged for the services are the generally prevailing rates in this locality for attorneys of comparable standing and experience.

4. This motion is timely made in that it is being filed within 14 days of the date of entry of the judgment in this matter.

This motion is based on this Motion, on the Memorandum of Points and Authorities filed with the Motion, on the Declaration of Alvin Gomez filed with the Motion and on the Exhibits attached to them, on the Certificate of Service of all of these

papers, on all of the pleadings and papers on file in this matter, and on whatever evidence and argument may be heard by the Court on a hearing of this Motion.

Dated: February 25, 2008                     Gomez Law Group

                                             By: s/Alvin M. Gomez
                                             Attorney for Plaintiff
                                             Email:agomez@thegomezlawgroup.com