

8910 University Center Lane, Suite 550, San Diego, California 92122
Telephone: (858)552-0000 • Facsimile: (858)552-8505 • thegomezlawgroup.com

February 22, 2008

Bruce Patyk
11556 Scripps Lake Drive
San Diego, California 92131

RE:    *Patyk v. Certegy*

## STATEMENT FOR SERVICES RENDERED

| DATE | SERVICES RENDERED | TIME |
| --- | --- | --- |
| 09/14/07 | Client conference; correspondence to client | 1.7 |
| 09/15/07 | Exchange emails with client (2); print and review credit report | 1.1 |
| 09/16/07 | Exchange emails with client; conduct preliminary research on causes of action against Certegy (1 hour waived) | 1.4 |
| 09/28/07 | Client conference to discuss case | 1.0 |
| 10/02/07 | Correspond to client | .3 |
| 10/17/07 | Review all documents from client; finalize research and theories of recovery. (3 hours waived) | 1.5 |
| 10/24/07 | Review punitive damage analysis and relevant cases (3 hours waived) | 2.8 |
| 10/30/07 | Research; Draft complaint (2 hours waived) | 1.8 |
| 11/26/07 | Redraft complaint; telephone call with client; print statutes (1 hour waived) | 2.5 |

Mr. Patyk
February 22, 2008
Page 2 of 4

| | | |
|---|---|---|
| 11/27/07 | Make changes to complaint | 1.0 |
| 11/28/07 | Finalize complaint | 1.5 |
| 11/29/07 | Obtain agent for service of process; research Certegy | .4 |
| 12/04/07 | Correspond to client | .3 |
| 12/06/07 | Correspond to process server; review emails from court | .5 |
| 12/21/07 | Review email from Richard B. Weinman | .2 |
| 12/26/07 | Review and respond to email from Weinman | .2 |
| 01/04/08 | Telephone call Weinman; email client; telephone call with client | .8 |
| 01/07/08 | Review email from Weinman; telephone call with client | .4 |
| 01/08/08 | Email Weinman; review email from Weinman; research issues raised by Weinman; copy remedies | 1.3 |
| 01/12/08 | Research issues raised by Weinman; file review; Draft email to Weinman | 1.1 |
| 01/13/08 | Review email from Weinman; email to client and review email from client | .3 |

Mr. Patyk
February 22, 2008
Page 3 of 4

|  |  |  |
|---|---|---|
| 01/17/08 | Telephone conversation with Hensrude; telephone call with client; Review email from Greg Hensrude, including joint motion | .8 |
| 01/21/08 | Review email from client with attachments | .4 |
| 01/23/08 | Review order from court | .2 |
| 01/28/08 | Review motion to dismiss filed by defendant | .5 |
| 02/01/08 | Review correspondence from Hensrude | .4 |
| 02/02/08 | Review email from client | .2 |
| 02/03/08 | Shepardize cases in motion to dismiss and prepare outline for opposition | 2.1 |
| 02/04/08 | Review statutory offer; correspond to client; review response from client | .5 |
| 02/08/08 | Prepare notice of acceptance of offer; e file with court | .4 |
| 02/11/08 | Review court order and Judgment | .2 |
| 02/13/08 | Correspond to Hensrude; review email from Hensrude; email to Hensrude | .8 |
| 02/19/08 | Review correspondence from Hensrude; prepare declaration for attorney fees; prepare motion for attorney fees; research; | 6.0 |
| 02/22/08 | Motion for attorney fees; declaration of Alvin M. | 3.5 |

Mr. Patyk
February 22, 2008
Page 4 of 4

|  | Gomez in support of motion |  |
|---|---|---|
|  |  | 38.1 |

**Total Hours:**

    38.1 hours @ $375.00    =    $ 14,287.50

**TOTAL FEES AND COSTS THIS STATEMENT:**    **$14,287.50**