**United States District Court**

**Southern District of California**

| | |
|---|---|
| Bruce Patyk, | Case No.: 07-CV-2279-H-(CAB) |
| Plaintiff, | |
| v. | |
| | **Certificate of Service** |
| Certegy Payment Recovery Services, Inc., and Does 1-10, inclusive,, | |
| Defendants. | |

   I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to the within action; my business address is 8910 University Center Lane, Suite 550, San Diego, California 92122.

   On February 25, 2008, I served the foregoing document(s) described as:

**Plaintiff's Motion for Attorney's Fees; Points and Authorities in Support Thereof; Declaration of Alvin M. Gomez in Support Thereof;**

   ( )   **BY REGULAR MAIL**. I served in a sealed envelope(s) the above-described document(s) as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States postal service on that same day in the ordinary course of business. (Fed. R. Civ. P. 5(b)(2)(b).)

   ( )   **BY FAX**. I caused a facsimile machine transmission of a true copy thereof from facsimile machine telephone number **(858) 552-8505** as follows: Upon completion of said facsimile machine transmission, the transmitting machine issued a confirmation report showing the transmission was complete and without error.

1

( ) **BY PERSONAL SERVICE**. I hand-delivered said document(s) to the address(es) pursuant to Federal Rules of Civil Procedure.

( ) **BY EXPRESS MAIL OVERNIGHT DELIVERY:** I placed a true copy thereof enclosed in a sealed envelope as follows: I am readily familiar with the firm's practice of collection and processing correspondence for Express Mail Overnight Delivery. Under that practice, it would be deposited with the Express Mail Deposit Box on that same day at San Diego, California, in the ordinary course of business.

(**X**) **BY ELECTRONIC MAIL**. I caused said documents to be transmitted via the District Court's electronic case filing system to the parties listed on the service list below.

on the following interested party(ies) in this action:

Gregor A. Hensrude
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
Telephone: (619) 239-8131
Fax: (619) 238-8707
Email: ghensrude@klinedinstlaw.com

Executed on February 25, 2008, San Diego, California.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

s/Alvin M. Gomez
Attorney for Plaintiff
E-mail: agomez@thegomezlawgroup.com