Gregor A. Hensrude, Bar No. 226660
Matt S. Wroblewski, Bar No. 251091
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Attorneys for Defendant
CERTEGY PAYMENT RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK,<br><br>    Plaintiff,<br><br>v.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.   07-CV-2279-H-(CAB)<br><br>**DECLARATION OF GREGOR A. HENSRUDE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:                March 24, 2008<br>Time:              10:30 a.m.<br>Dept:               13<br>Judge:             Marilyn L. Huff<br>Complaint Filed: 12/5/07<br>Trial Date:      None set |

I, Gregor A. Hensrude, declare as follows:

1.      I am an attorney at law duly licensed to practice before the courts of the State of California and am an associate with the law firm of Klinedinst PC, attorneys of record for Defendant CERTEGY PLAYMENT RECOVERY SERVICES, INC. in the above-captioned case.

2.      I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3.      While I have communicated with Mr. Gomez regarding this case, I have also communicated with an attorney from his office named David Finn, on the telephone

1  and in writing.  In attempting to learn the spelling of his name for correspondence
2  purposes, I looked him up on the website of the State Bar of California.  The only David
3  Finn from San Diego who appears on the California State Bar website is David P. Finn,
4  who was admitted to practice in June, 2007.  I do not know anything about Mr. Finn's
5  practice or experience.  I do not know how much of the work, other than the
6  communications with me, has been done by Mr. Finn versus Mr. Gomez.

7      4.  After Patyk accepted our offer of judgment, I called Mr. Gomez's office to
8  see if they would be willing to settle the attorneys' fees portion of our offer without court
9  intervention.  Mr. Finn and Mr. Gomez reiterated that they wanted in excess of $13,000
10 to settle the attorney fees claims.  I informed them that we could not agree to any amount
11 in that range.  I replied by offering $4,000 and explaining why that amount was
12 reasonable.  That amount was implicitly rejected with the filing of this motion.  In no
13 communication with anyone at Gomez Law Group has it even been <u>insinuated</u> that
14 Certegy could settle the claim for less than $13,000 in attorneys' fees, prompting this
15 unnecessary motion practice.

16     5.  I find $14,000 in claimed attorneys' fees for the mere filing of this case to
17 be incredible, especially given the fact that my firm performed the same categories of
18 tasks as those cited by Plaintiff (learning the facts, communicating with the client,
19 communicating with opposing counsel) *and prepared and filed a detailed motion to*
20 *dismiss* under Federal Rules of Civil Procedure 12(b), which Plaintiff did not do, and
21 billed *less than $3,000* as of the time we began the opposition to the motion for attorneys'
22 fees.

23     I declare under penalty of perjury under the laws of the State of California that the
24 foregoing is true and correct.

25     Executed the 10th day of March, 2008, at San Diego, California.

26

27                                       Gregor A. Hensrude

28 2989-1001 569673v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

2
**DECLARATION OF GREGOR A. HENSRUDE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**
07-CV-2279-H-(CAB)