# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Bruce Patyk, | CASE NO. 07CV2279-H(CAB) |
|---|---|
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| Certegy Payment Recovery Services Inc, | |
| Defendants. | |

Upon application of plaintiff Bruce Patyk, a hearing for taxation of costs was held on March 12, 2008 at 10:00 am. Alvin M. Gomez representing plaintiffs appeared telephonically. No appearance was made on behalf of defendants and no opposition was filed by defendant. Costs are taxed as follows:

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| Fees of the clerk | $350.00 | $350.00 |
| Fees for service of summons and subpoenas | $50.00 | $50.00 |
| Fees of the court reporter | | |
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |

| Costs as shown on mandate of Court of Appeals | | |
|---|---|---|
| Other costs as itemized: | | |
| **TOTAL COSTS TAXED** in favor of plaintiff Bruce Patyk | $400.00 | $400.00 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: March 12, 2008

W. Samuel Hamrick, Jr., Clerk of Court

*S/ N. Prewitt*
Nancy S. Prewitt, CRD Supervisor

cc:    All Parties