# The Bourassa Law Group, LLC
P.O. Box 28039
Las Vegas, NV 89126

January 23, 2008

Re: Acct #: 3326-041063
Amount Owed: $1030.00
Original Creditor: P C M   BAD CHECK CERTEGY

to call Aargon:
1-800-852-0411 EXT 333

BRUCE PATYK
11556 SCRIPPS LAKE DR
SAN DIEGO CA 92131-2363

Dear BRUCE PATYK,

The law firm The Bourassa Law Group, LLC represents Aargon Collection Agency ("AARGON") in the area of creditor rights. AARGON has been assigned to collect the outstanding balance on the above referenced account. AARGON has not been successful in resolving the above matter and has requested that our office prepare this notice informing you of the outstanding balance. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. In order to resolve this matter you must contact AARGON directly.

AARGON is prepared to offer you a settlement of $618.00, 60% of the balance due. To discuss this offer, please contact AARGON directly at 1-800-852-0411 ext 333. When calling, please use 3326-041063 as your reference number. You may also pay this account by returning your payment and the payment slip below directly to AARGON.

If you decide to settle this account, AARGON will report this to all credit reporting agencies as "SETTLED IN FULL". This settlement offer is valid up to (30) thirty days from the date of this letter.

Very truly yours,

The Bourassa Law Group, LLC

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Si usted no puede comprender o leer esto en Ingles por favor llame el numero telefonico de este aviso.
(If you cannot comprehend or read this in English please call the telephone number on this letter.)
(You may visit AARGON's website at www.aargon.com or call AARGON at 1-800-852-0411 ext 333, 7 days a week, 24 hours a day to make payments.)

2137723                         Detach Bottom Portion And Return With Payment

ACA
3025 W Sahara Ave
Las Vegas, NV 89102-6094



18190

| Re: Account#: 3326-041063 | Amount Owed: 1030.00 |
|---|---|
| Original Creditor: P C M   BAD CHECK CERTEGY | |
| Card Number: | Cvv2 #: | Exp Date: |
| Signature: | Amount Paid: |

"The CVV2 # is the last 3 digits on the back of your credit card, by your signature.

☐ Please check box if address is incorrect or information has changed, and indicate change(s) on reverse side.

BRUCE PATYK                    78
11556 SCRIPPS LAKE DR    12758-23
SAN DIEGO CA 92131-2363

ACA
3025 W SAHARA AVE
LAS VEGAS, NV  89102-6094

Daytime Phone: (     ) _____ - _____          Evening Phone: (     ) _____ - _____

LSIF