# THE BOURASSA LAW GROUP, LLC
3025 WEST SAHARA AVE. SUITE 200
LAS VEGAS, NV 89102
PHONE: (702) 851-2180
FAX: (702) 851-2189

MARCH 5, 2008

GOMEZ LAW GROUP
8910 UNIVERSITY CENTER LANE
SUITE #550
SAN DIEGO, CA 92122

ATTN: ALVIN M. GOMEZ, ESQ.

Re: Acct# 3326-41063

Dear Mr. Gomez,

We are in receipt of your letter dated February 26, 2008. After reviewing your file, we have made the decision to close for file as of today, March 5, 2008

Sincerely,

The Bourassa Law Group