Alvin M. Gomez, Esq. (State Bar No.: 137818)
GOMEZ LAW GROUP
8910 University Center Lane, Suite 550
San Diego, California 92122
Telephone: (858) 552-0000
Facsimile: (858) 552-8505
Email: agomez@thegomezlawgroup.com

Attorneys for Plaintiff
Bruce Patyk

# United States District Court

# Southern District of California

| | |
|---|---|
| Bruce Patyk,<br><br>      Plaintiff,<br><br>v.<br><br>Certegy Payment Recovery Services Inc. and Does 1-10 Inclusive,<br><br>      Defendants. | Case No.: 07-CV-2279-H-(CAB)<br><br>Dept.: 13<br>Judge: Marilyn Huff<br><br>**Plaintiff's Notice of Satisfaction of Judgment** |

**To Certegy Payment Recovery Services Inc. and to Its Attorneys of Record: Take Notice** Plaintiff Bruce Patyk has received payment in full of the judgment in the above entitled case and deems this payment to satisfy the judgment in its entirety.

Dated: April 8, 2008                                                    GOMEZ LAW GROUP

                                                                        By: s/Alvin M. Gomez
                                                                        Alvin M. Gomez
                                                                        Attorneys for Plaintiff

1

Notice of Satisfaction of Judgment                                      07-CV-2279-H-(CAB)